POWERS et al. *v.* VECCHIO et ux.

[No. 249, September Term, 1962.]

*Decided April 3, 1963.*

The cause was argued before Brune, C. J., and Henderson, Prescott, Horney and Sybert, JJ.

*Anthony J. Nolan* for appellants.

*George D. Solter,* with whom were *Jacob A. Gross* and *Due, Nickerson, Whiteford & Taylor* on the brief, for appellees.

Per Curiam.

The controversy in this case centers on a claim for com-
missions on the sale of real estate by the appellants to the ap-
pellees, for which the appellants were held liable on the
strength of a verbal promise to pay. They now contend that
the court erred in admitting testimony to vary the terms of
the written contract. The short answer is that the evidence
came in without objection or without any ruling by the court
on this point, or was brought out by the appellants themselves.
Cf. *State Roads Comm. v. Bare,* 220 Md. 91, 94 and *Todd v.
Ferrell,* 212 Md. 574, 580.

*Judgment affirmed, with costs.*